# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================
## NO. 03-05-00381-CV
========================

### Western Heritage Insurance Company, Appellant

### v.

### Meltzer Family Corporation, Austin Westheimer Oaks L.P., and Infinity Management Inc., Appellees

====================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN304030, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING
====================================================================

## M E M O R A N D U M   O P I N I O N

Appellant Western Heritage Insurance Company filed an unopposed motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   July 15, 2005